AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| SHAVONNE GEDDIS-WRIGHT, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>AMERICAN HONDA MOTOR COMPANY, INC.,<br>*Defendant* | ) ) ) ) ) Civil Action No. 5:24-cv-04886-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Shavonne Geddis-Wright, individually and on behalf of all others similarly situated, take nothing of the defendant, American Honda Motor Company, Inc., and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having dismissed this action for lack of subject matter jurisdiction.

Date:   September 22, 2025                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/Charles L. Bruorton
                                                             _____
                                                             *Signature of Clerk or Deputy Clerk*